

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

EEOC Form 5A (11/16)

For Official Use Only  Charge Number: 490-2022-02383

**Personal Information**
- Name (First, Middle, Last): Natasha Rochele Bradford
- Street Address: 5003 Scottsdale Ave
- City: Memphis    State: TN    Zip Code: 38118
- Telephone Number: 501-351-7130    ☑ Cell

**Information about the company or organization you believe discriminated against you.**
- Organization Name: Memphis Academy of Science & Engineering (MASE)
- Street Address: 1254 Jefferson Ave
- City: Memphis    State: TN    Zip Code: 38104
- Your job title or the title of the job for which you applied: Special Education Teacher

**Why you believe you were discriminated against?**
- Retaliation ☑
- Other ☑

RECEIVED MAY 23 2022 U.S. EEOC Memphis District Office Memphis, TN

**What happened to you that you believe was discriminatory?**

I was terminated from my job as a teacher at Memphis Academy of Science and Engineering at least in part because I was a victim of sexual assault. I believe the discriminatory actions were taken against me after I filed a police report on former co-worker Antonio Malone. I repeatedly voiced my concerns to the company, but the problem was not resolved. On 7/26/21, I formally filed a police report. My position was terminated the very next day, 7/27/21, after the police visited the school. My physical and emotional health suffered severely. My career and paychecks stopped. I received unfair treatment and was terminated only because of the sexual assault. My job evaluation was non-reflective of exemplary performance prior to the unwelcomed sexual advances.

I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or based on retaliation for filing a charge of employment discrimination, helping in someone else's complaint about job discrimination, or complaining to the employer about job discrimination.

I declare under penalty of perjury that the above is true and correct.

Signature: [signed]    Date: 5/23/22

Issued January 2016

**Exhibit A**