IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**NATASHA BRADFORD,**

    **Plaintiff,**

v.

**MEMPHIS ACADEMY OF
SCIENCE AND ENGINEERING
(MASE)**

    **Defendant/Third-Party
    Plaintiff;**

v.

**INFINISOURCE, INC. d/b/a
ISOLVED, INC.,**

    **Third-party Defendant.**

Case No. 2:22-cv-02563-JTF-cgc
JURY DEMANDED

## THIRD-PARTY DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel states that Third-Party Defendant isolved, Inc. f/k/a Infinisource, Inc. is a privately-held corporation wholly owned by iSolved Holdings, Inc.

iSolved Holdings, Inc. is a privately-held corporation wholly owned by Infinsource Holdings, Inc.

Infinisource Holdings, Inc. is a privately-held corporation wholly owned by iSolved Group Holdings, LLC.

Approximately eighty percent of iSolved Group Holdings, LLC is owned by Accel-KKR, a private equity firm.

The remaining twenty percent is held by individual investors.

There is no publicly-held parent corporation or shareholder entity that holds ten percent or more ownership interest in isolved, Inc., f/k/a Infinisource, Inc.

Dated: March 9, 2023.                              Respectfully submitted,

                                        *s/Amanda M. Garland*
Amanda M. Garland (TN Bar #033843)
OGLETREE, DEAKINS, NASH,
SMOAK, & STEWART, P.C.
International Place Tower II
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
(901) 767-6411
amanda.garland@ogletreedeakins.com

**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2023, the foregoing document was electronically filed with the Clerk of the Court via the Court's ECF filing system, to be served by operation of the Court's electronic filing system upon the following counsel of record:

| | |
|---|---|
| Kristy L. Bennett | Anthony M. Noel |
| Tressa Johnson | Laura Bassett |
| Johnson & Bennett, PLLC | Leitner, Williams. Dooley, & Napolitan, PLLC |
| 1407 Union Avenue, Suite 807 | 201 4th Avenue North, Suite 1100 |
| Memphis, TN 38104 | Nashville, TN 37219 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant/Third-* |
| *Natasha Bradford* | *Party Plaintiff Memphis Academy* |
| | *of Science and Engineering* |

                                                        *s/Amanda M. Garland*
                                                        Amanda M. Garland